Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−30908−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline B Levy
   dba Cross Keys K9, INC
   781 Washinton Ave
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−1631

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:             December 8, 2020
Time:             10:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*67* – Certification in Opposition to (related document:63 Creditor's Certification of Default (related document:40 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of NewRez LLC D/B/A Shellpoint Mortgage Servicing. Objection deadline is 11/13/2020. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing) filed by Seymour Wasserstrum on behalf of Jacqueline B Levy. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: November 16, 2020
JAN: kaj

                                                          Jeanne Naughton
                                                          Clerk