| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: | |

Case No.: 16-3098-ABA

Chapter: 13

Judge: _____

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, __JACQUELINE LEVY__, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations, or

   ☐ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: __NOVEMBER 18, 2020__    __Jacqueline Levy__
                                Debtor's Signature

**IMPORTANT:**
- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a **completed** Certification in Support of Discharge.

rev.6/16/17