**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jacqueline B Levy<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–1631<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–30908–ABA | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jacqueline B Levy
dba Cross Keys K9, INC

12/8/20

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-30908-ABA |
| Jacqueline B Levy | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 08, 2020 | Form ID: 3180W | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline B Levy, 781 Washinton Ave, Williamstown, NJ 08094-6122 |
| cr | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 516477783 | + | Amex/Dsnb, PO Box 17759, Clearwater, FL 33762-0759 |
| 516477792 | + | City of Alexandria, Treasures Office, PO Box 34750, Alexandria, VA 22334-0750 |
| 516509532 | + | City of Alexandria, Virginia, Finance Revenue Division, PO Box 178 Attn. S. Washington, Alexandria, VA 22313-1500 |
| 516477793 | + | Department of Finance, Revenue Division, PO Box 178, Alexandria, VA 22313-1500 |
| 516477797 | | Forester, Garbus & Garbus, 60 Motor Parkway, Commack, NY 11725-5710 |
| 516477798 | + | Franklin Township Municipal Court, 1571 Delsea Drive, Franklinville, NJ 08322-2391 |
| 516477799 | + | GC Services Limited Partnership, P.O. Box 1545, Houston, TX 77251-1545 |
| 516612942 | | JPMorgan Chase Bank, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 7000 Kansas Lane, Monroe LA 71203 |
| 516506418 | + | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516477806 | + | Maneri Law Firm, LLC, 30 Two Bridges Rd, Suite 260, Fairfield, NJ 07004-1558 |
| 517545922 | | New Penn Financial, LLC d/b/a Shellpoint, Mortgage Servicing, Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 516477808 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 516545551 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 516477813 | + | Schlee & Stillman, LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 516477815 | + | Seminary Walk Condominium, c/o Whiteford, Taylor, & Preston, LLP, 3190 Fiarview Park Dr, Suite 800, Falls Church, VA 22042-4558 |
| 516477816 | + | State Of New Jersey, P.O. Box 445, Department Of Treasury, Trenton, NJ 08695-0445 |
| 516662974 | + | TD Bank, N.A., PO Box 16029, Lewiston, ME 04243-9507 |
| 516667851 | + | TD Bank, N.A., Michael E. Blaine, Esq, 30 Montgomery Street, Suite 1205, Jersey City NJ 07302-3835 |
| 516477819 | + | The Law Offices of Frederic I. Weinberg, and Associates, 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 516879171 | + | Township of Franklin, c/o Platt & Riso, P.C., 40 Berlin Avenue, Stratford, New Jersey 08084-1404 |
| 517163891 | + | US Bank Custodian for Actlien Holding, c/o Pellegrino & Feldstein, 290 Route 46 West, Denville, NJ 07834-1239 |
| 516677594 | | Wells Fargo Bank, N.A., P.O. Box 45038 MAC Z3057012, Jacksonville, FL 322325038 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 08 2020 21:43:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 08 2020 21:43:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516477782 | + | EDI: URSI.COM | Dec 09 2020 02:13:00 | Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 516477784 | | EDI: BANKAMER.COM | Dec 09 2020 02:13:00 | Bank Of America, Po Box 982238, El Paso, TX 79998 |

Case 16-30908-ABA   Doc 73   Filed 12/10/20   Entered 12/11/20 00:18:35   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: 3180W | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 516477785 | + | Email/Text: cms-bk@cms-collect.com | Dec 08 2020 21:42:00 | Capital Management Service, Lp, 726 Exchange St Ste 700, Re: Citi, Buffalo, NY 14210-1464 |
| 516477786 | + | EDI: RMSC.COM | Dec 09 2020 02:13:00 | Care Credit, P.O. Box 965036, Orlando, FL 32896-5036 |
| 516477787 | + | Email/Text: bankruptcy@cavps.com | Dec 08 2020 21:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 516661354 | + | EDI: WFNNB.COM | Dec 09 2020 02:13:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516477794 | | EDI: DISCOVER.COM | Dec 09 2020 02:13:00 | Discover, P.O. Box 15316, Wilmington, DE 19850 |
| 516488388 | | EDI: DISCOVER.COM | Dec 09 2020 02:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516477795 | | Email/Text: data_processing@fin-rec.com | Dec 08 2020 21:42:00 | Financial Recovery Services, PO Box 385908, Minneapolis, MN 55438-5908 |
| 516477796 | + | EDI: FSAE.COM | Dec 09 2020 02:13:00 | First Source, Po Box 628, Buffalo, NY 14240-0628 |
| 516477800 | | EDI: IIC9.COM | Dec 09 2020 02:13:00 | IC Systems, 444 Highway 96 East PO Box 64437, St Paul, MN 55164-0437 |
| 516477803 | + | EDI: IRS.COM | Dec 09 2020 02:13:00 | IRS, 1601 Market St, Philadelphia, PA 19103-2301 |
| 516477788 | | EDI: JPMORGANCHASE | Dec 09 2020 02:13:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 516477790 | | EDI: JPMORGANCHASE | Dec 09 2020 02:13:00 | Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 516663299 | | EDI: JPMORGANCHASE | Dec 09 2020 02:13:00 | JPMorgan Chase Bank, N.A., Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 516477809 | + | EDI: RMSC.COM | Dec 09 2020 02:13:00 | Old Navy, PO Box 965036, Orlando, FL 32896-5036 |
| 516477810 | + | EDI: RMSC.COM | Dec 09 2020 02:13:00 | Pay Pal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 518056422 | + | Email/Text: bncmail@w-legal.com | Dec 08 2020 21:43:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 518056421 | + | Email/Text: bncmail@w-legal.com | Dec 08 2020 21:43:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 516477812 | + | Email/Text: bk-notification@sps-law.com | Dec 08 2020 21:42:00 | Schachter And Portnoy, Llc, 3490 US Rt 1, Ste 6, Princeton, NJ 08540-5920 |
| 516477818 | | EDI: TDBANKNORTH.COM | Dec 09 2020 02:13:00 | Td Bank, 32 Chestnut Street, Lewiston, ME 4240 |
| 516661769 | + | Email/Text: bncmail@w-legal.com | Dec 08 2020 21:43:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516477817 | + | EDI: WTRRNBANK.COM | Dec 09 2020 02:13:00 | Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 516477820 | + | EDI: WFFC.COM | Dec 09 2020 02:13:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 516678839 | + | EDI: WFFC.COM | Dec 09 2020 02:13:00 | Wells Fargo Bank NA, PO Box 5058 MAC P6053-021, Portland OR 97208-5058 |
| 516653158 | | EDI: WFFC.COM | Dec 09 2020 02:13:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

Case 16-30908-ABA    Doc 73    Filed 12/10/20    Entered 12/11/20 00:18:35    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: 3180W | Total Noticed: 52 |
| TOTAL: 28 | | |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517545923 | | New Penn Financial, LLC d/b/a Shellpoint, Mortgage Servicing, Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675, New Penn Financial, LLC d/b/a Shellpoint |
| cr | *+ | US Bank Custodian for Actlien Holding, c/o Pellegrino & Feldstein, LLC, 290 Route 46 West, Denville, NJ 07834-1239 |
| 516477802 | * | IRS, PO Box 725, Special Procedures Function, Springfield, NJ 7081 |
| 516477801 | * | IRS, PO Box 744, Springfield, NJ 07081-0744 |
| 516477804 | *+ | Irs, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 516477789 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 516477791 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Mortgage, PO Box 24696, Columbus, OH 43224 |
| 516477814 | *+ | Schlee & Stillman, LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 516477805 | ##+ | Kubota Credit corp USA, 3401 Del Amo Blvd, Torrance, CA 90503-1636 |
| 516477807 | ## | Nationwide Credit Inc, Po Box 26314, Lehigh Valley, PA 18002-6314 |
| 516477811 | ##+ | RMS, Po Box 361598, Columbus, OH 43236-1598 |

TOTAL: 1 Undeliverable, 7 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2020        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Deborah T. Feldstein | on behalf of Creditor US Bank Custodian for Actlien Holding dfeldstein@caplaw.net |
| Denise E. Carlon | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jill Manzo | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| Nicholas V. Rogers | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION nj.bkecf@fedphe.com |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bankruptcy@fskslaw.com |

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Dec 08, 2020 | Form ID: 3180W | Total Noticed: 52

Seymour Wasserstrum
    on behalf of Debtor Jacqueline B Levy mylawyer7@aol.com  ecf@seymourlaw.net;r47769@notify.bestcase.com

Sherri Jennifer Smith
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION ssmith@pincuslaw.com, nj.bkecf@fedphe.com

TOTAL: 10